```
 1  THOMAS P. O'BRIEN
    United States Attorney
 2  SANDRA R. BROWN
    Assistant United States Attorney
 3  Chief, Tax Division
    THOMAS D. COKER [SBN 136820]
 4  Assistant United States Attorney
 5    Room 7211, Federal Building
      300 North Los Angeles Street
 6    Los Angeles, California  90012
      Telephone:  (213) 894-2454
 7    Facsimile:  (213) 894-0115
 8
    Attorneys for United States of America
 9
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) Case No. CV **CV 08-02740** |
|---|---|
| Plaintiff, | ) COMPLAINT TO REDUCE FEDERAL |
| vs. | ) TAX ASSESSMENTS TO JUDGMENT |
| PEYMON MOTTAHEDEH, | ) |
| Defendant. | ) |

(CWx)

The United States of America, by its undersigned counsel, for its complaint against the above-named defendant alleges as follows:

GENERAL ALLEGATIONS

Jurisdiction and Venue

1.  This is a civil action brought by the United States to reduce outstanding federal income tax assessments against defendant PEYMON MOTTAHEDEH to judgment.

2. This action is brought at the direction of the Attorney General of the United States and at the request and with the authorization of a delegate of the Secretary of the Treasury, pursuant to 26 U.S.C. § 7401, for the collection of federal taxes.

3. The Court has jurisdiction over this action pursuant to 26 U.S.C. § 7402(a) and 28 U.S.C. §§ 1340 and 1345.

4. Defendant PEYMON MOTTAHEDEH is the taxpayer who resides at 9582 Buttemere Road, Phelan, California, 92371. Accordingly, venue for the complaint is within the Central District of California under 28 U.S.C. §§ 1391(b) and 1396.

5. Although required to do so by law, defendant PEYMON MOTTAHEDEH failed to file federal income tax returns for the taxable years 1992, 1993 and 1994.

6. The Internal Revenue Service determined deficiencies in defendant PEYMON MOTTAHEDEH'S 1992, 1993 and 1994 federal income taxes and on February 26, 1996, issued to defendant PEYMON MOTTAHEDEH a statutory notice of deficiency setting forth deficiencies for each of the years 1992, 1993 and 1994.

7. Defendant PEYMON MOTTAHEDEH filed a timely petition with the United States Tax Court for a redetermination of his tax liability for the taxable years 1992, 1993 and 1994. The tax court action was entitled <u>Mottahedeh v. Commissioner</u>, Docket No. 10592-96.

8. On or about January 5, 1998, the tax court entered it's decision in <u>Mottahedeh v. Commissioner</u>, finding deficiencies in defendant PEYMON MOTTAHEDEH'S income taxes for the years 1992, 1993 and 1994.

9. Defendant PEYMON MOTTAHEDEH appealed the tax court decision to the Ninth Circuit Court of Appeals. On November 19, 1998, the tax court decision was affirmed in <u>Mottahedeh v. Commissioner</u>, 165 F.3d 916 (9th Cir. 1998)(unpublished decision).

10. On June 8, 1998, a delegate of the Secretary of the Treasury made assessments of delinquent federal income taxes and penalties against defendant PEYMON MOTTAHEDEH, consistent with the final decision of the tax court, in the amounts, and for the taxable periods set forth below:

| Tax Year | Tax Amount | Failure to File Penalty | Failure to Pay Penalty |
|---|---|---|---|
| 1992 | $7,491 | $1,838 | $1,838 |
| 1993 | $8,146 | $2,037 | $2,036.50 |
| 1994 | $7,300 | $1,825 | $1,825 |

11. Defendant PEYMON MOTTAHEDEH is also liable for interest which has accrued on his unpaid taxes for the years 1992, 1993 and 1994, from the date of assessment, in accordance with law.

12. Proper and timely notice and demand for payment of the assessments set forth in paragraph 10 above was given to and made on defendant PEYMON MOTTAHEDEH.

13. Despite timely notice and demand for payment of the assessments described in paragraph 10 above, defendant PEYMON MOTTAHEDEH has neglected, failed or refused to pay said assessments and there remains due and owing on the assessments the sum of $47,729.27, plus accrued interest and penalties from the date of assessment, and other additions, as provided by law, less any payments or other credits applied.

WHEREFORE, plaintiff United States of America prays:

a. That the Court enter judgment in favor of the United States and against defendant PEYMON MOTTAHEDEH as to his unpaid Federal income tax liabilities for the calendar years 1992, 1993 and 1994, in the amount of $47,729.27, as of June 8, 1998, plus accrued interest and statutory additions thereon as provided by law from the date of each assessment, including fees and costs as allowed by law, whether accruing before or after the filing of this complaint; and

b. That the Court award the United States its costs in connection with the prosecution and maintenance of this action, together with such other and further relief as is just and proper.

DATED: April 24, 2008

THOMAS P. O'BRIEN
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division

THOMAS D. COKER
Assistant United States Attorney

4

United States Attorney's Office
SANDRA BROWN, CHIEF TAX DIVISION
THOMAS D. COKER, AUSA
300 N. Los Angeles Street, Room 7211
Los Angeles, CA 90012
Email: thomas.coker@usdoj.gov



ORIGINAL

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | CV08-02740 PA (CWx) |
| v. | |
| PEYMON MOTTAHEDEH | SUMMONS |
| DEFENDANT(S). | |

TO:   THE ABOVE-NAMED DEFENDANT(S):

YOU ARE HEREBY SUMMONED and required to file with this court and serve upon plaintiff's attorney THOMAS COKER, AUSA _____, whose address is:

United States Attorney's Office
300 North Los Angeles Street, Room 7211 Tax Division
Los Angeles, CA 90012
Tel: (213) 894-2410 Fax: (213) 894-0115

an answer to the ☒ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim which is herewith served upon you within __20__ days after service of this Summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint.

Dated: APR 2 5 2008

Clerk, U.S. District Court

By: _____
    Deputy Clerk

*(Seal of the Court)*

CV-01A (01/01)                                      SUMMONS

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Percy Anderson and the assigned discovery Magistrate Judge is Carla Woehrle.

The case number on all documents filed with the Court should read as follows:

## CV08- 2740 PA (CWx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

---

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| | | |
|---|---|---|
| [X] Western Division<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | [ ] Southern Division<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | [ ] Eastern Division<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

---

CV-18 (03/06)       NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)

UNITED STATES OF AMERICA

**DEFENDANTS**

PEYMON MOTTAHEDEH

**(b)** County of Residence of First Listed Plaintiff (Except in U.S. Plaintiff Cases):

County of Residence of First Listed Defendant (In U.S. Plaintiff Cases Only):

**(c)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
United States Attorney Office
THOMAS COKER, AUSA
300 N. Los Angeles Street Room 7211, LA CA 90012
Tel: (213) 894-2410 Fax (213) 894-5181

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

- ☒ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

|   | PTF | DEF |   | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify):
- ☐ 6 Multi-District Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☐ Yes ☒ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☐ No       ☐ **MONEY DEMANDED IN COMPLAINT: $** _____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
PURSUANT TO 26 U.S.C. SECTIONS 1340 AND 1396

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | | | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 340 Marine | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | FORFEITURE / PENALTY | PROPERTY RIGHTS |
| ☐ 810 Selective Service | | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities /Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury- Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | | ☐ 443 Housing/Acco- mmodations | | SOCIAL SECURITY |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | ☐ 365 Personal Injury- Product Liability | ☐ 444 Welfare | | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | REAL PROPERTY | | | ☐ 640 R.R. & Truck | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | | | ☐ 650 Airline Regs | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety /Health | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi- nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | | | | FEDERAL TAX SUITS |
| | ☐ 240 Torts to Land | | ☐ 440 Other Civil Rights | ☐ 690 Other | ☒ 870 Taxes (U.S. Plaintiff or Defendant) |
| | ☐ 245 Tort Product Liability | | | | |
| ☐ 950 Constitutionality of State Statutes | ☐ 290 All Other Real Property | | | | ☐ 871 IRS-Third Party 26 USC 7609 |

**VIII(a). IDENTICAL CASES:** Has this action been previously filed and dismissed, remanded or closed? ☒ No ☐ Yes
If yes, list case number(s):

**FOR OFFICE USE ONLY:** Case Number: _____

CV-71 (07/05)                                                    CIVIL COVER SHEET                                                    Page 1 of 2

CV08-02740

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

**VIII(b). RELATED CASES:** Have any cases been previously filed that are related to the present case? ☑ No   ☐ Yes

If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**

(Check all boxes that apply)   ☐ A. Arise from the same or closely related transactions, happenings, or events; or

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or

☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** List the California County, or State if other than California, in which EACH named plaintiff resides (Use an additional sheet if necessary)
☑ Check here if the U.S. government, its agencies or employees is a named plaintiff.

LOS ANGELES COUNTY

List the California County, or State if other than California, in which EACH named defendant resides. (Use an additional sheet if necessary).
☑ Check here if the U.S. government, its agencies or employees is a named defendant.

LOS ANGELES COUNTY

**List the California County**, or State if other than California, in which EACH claim arose. (Use an additional sheet if necessary)
**Note:** In land condemnation cases, use the location of the tract of land involved.

LOS ANGELES COUNTY

**X. SIGNATURE OF ATTORNEY (OR PRO PER):** _Thomas Coker_   Date _4/24/08_

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
| --- | --- | --- |
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |