```
THOMAS P. O'BRIEN
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
THOMAS D. COKER [SBN 136820]
Assistant United States Attorney
   Room 7211, Federal Building
   300 North Los Angeles Street
   Los Angeles, CA  90012
   Telephone:  (213) 894-2454
   Facsimile:  (213) 894-0115
```

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CV 08-02740-PA(CWx) |
| Plaintiff, | OPPOSITION TO DEFENDANT'S MOTION TO SUPPRESS EVIDENCE IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF |
| vs. | |
| PEYMON MOTTAHEDEH, | |
| Defendant. | |
| | Date: August 25, 2008<br>Time: 1:30 p.m.<br>Ctrm: 15 |
| | HONORABLE PERCY ANDERSON |

Subsequent to receipt of defendant's motion for a continuance of the hearing on the United States' motion for summary judgment, the government received the defendant's separate motion to suppress evidence.  The United States hereby opposes the defendant's motion to suppress.

1    The defendant's motion is grounded on the contention
2 that the evidence in support of the government's motion for
3 summary judgment was not disclosed in violation of Rule
4 26(a) of the Federal Rules of Civil Procedure.  Defendant's
5 motion is without merit.
6    Rule 26(C) provides that initial disclosures are to
7 made "at or within 14 days after the parties' Rule 26(f)
8 conference."  The Rule 26(f) conference must be held at
9 least 21 days prior to a "scheduling conference."  Rule
10 26(f)(1).  In this case, a scheduling conference has not
11 been set by the Court.  Consequently, the time within which
12 to make initial disclosures has not commenced, and there has
13 been no violation of the initial disclosure rules by the
14 United States.
15    Further, even there had been a violation, Rule 37(c)(1)
16 does not require exclusion of evidence if the failure to
17 disclose "is harmless."  Here, defendant has not shown how
18 he was harmed or prejudiced by the alleged failure to
19 disclose.  The amount of unpaid taxes owed by the defendant
20 to the government has been established by the United States
21 Tax Court and affirmed by the Ninth Circuit.  The exhibits
22 in support of summary judgment simply detail the amount of
23 taxes owed with interest and penalties.  Interest and
24 penalties are statutory.  The liability is established as a
25 matter of law by the prior court rulings.  Defendant is
26 liable for interest and penalty, not as a matter of
27 evidence, but by operation of law.  Thus, defendant cannot
28 show that he has suffered any "harm" by the evidence offered

in support of the government's motion.

In this case, there has been no violation of the rules by the United States.  Even if there were a violation, defendant has not been harmed or prejudiced.  Based on the above, the defendant's motion should be denied and the government's motion for summary judgment granted.

```
                              Respectfully submitted,

                              THOMAS P. O'BRIEN
                              United States Attorney
                              SANDRA R. BROWN
                              Assistant United States Attorney
                              Chief, Tax Division


DATED: August 12, 2008        /s/
                              THOMAS D. COKER
                              Assistant United States Attorney

                              Attorneys for the United States
                              of America
```

**PROOF OF SERVICE BY CERTIFIED MAILING**

I am over the age of 18 and not a party to the within action. I am employed by the Office of United States Attorney, Central District of California. My business address is 300 North Los Angeles Street, Suite 7211, Los Angeles, California 90012.

On August 12, 2008, I served, **Opposition to Defendant's Motion To Suppress Evidence,** on the person or entity named below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices. I am readily familiar with the practice of this office for collection and processing correspondence for first class mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

Date of mailing:August 12, 2008,  Place of mailing: Los Angeles, California.

Person(s) and/or Entity(s) to Whom mailed:

**Peymon Mottahedeh**
**9582 Buttemere Rd.**
**Phelan, CA 92371**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on: August 12, 2008, at Los Angeles, California.

/s/
_____
AMANDA F. CARRILLO