IN UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
--WESTERN DIVISION--

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| -vs- | ) |
| PEYMON MOTTAHEDEH, | ) |
| Defendant. | ) Case No. **CV 08-02740 – PA (CWx)** |

DEFENDANT'S MOTION FOR CONTINUANCE OF A HEARING

COMES NOW Defendant *pro se* Peymon Mottahedeh ("Mottahedeh"), and move this Court for a continuance of a hearing scheduled for August 25, 2008, at 1:30 p.m. Said hearing has been scheduled for the purpose of hearing the Plaintiff's "Notice of Motion and Motion for Summary Judgment Reducing Tax Assessments to Judgment," (hereinafter, "Motion for Summary Judgment").

Mottahedeh is a *pro se* litigant, and is unable to afford an attorney. As such he has to prepare his documents, do research, etc., himself in his spare time. The Plaintiff has rushed this case along so fast, that it filed its Motion for Summary Judgment the very same day that Mottahedeh filed his answer

to the Complaint. Moreover, Plaintiff has failed to make *any* initial disclosures.

The failure to make initial disclosures has created a problem for Mottahedeh, because his arguments for his brief in opposition to the Plaintiff's Motion for Summary Judgment is contingent upon whether all the Exhibits the government relies upon, will be suppressed, due to noncompliance with, *inter alia*, Federal Rules of Civil Procedure Rules 26(f) and 37(c).

Due to the Plaintiff's aforementioned noncompliance with the rules governing initial disclosures, it has been necessary for Mottahedeh to file his Defendant's Motion to Suppress Evidence in Support of Plaintiff's Motion for Summary Judgment, to resolve the matter of admissibility of the government's exhibits. Said Defendant's Motion to Suppress Evidence in Support of Plaintiff's Motion for Summary Judgment is incorporated herewith by reference thereto. Once this matter is resolved, Mottahedeh will then be able to prepare a response to the Plaintiff's Motion for Summary Judgment, as appropriate.

The August 25th hearing should therefore be continued until such a time Defendant's Motion to Suppress Evidence in Support of Plaintiff's

Motion for Summary Judgment, and the Plaintiff's Motion for Summary Judgment, is fully briefed.

WHEREFORE, Defendant Peymon Mottahedeh moves this Court to ORDER a continuance of the August 25, 2008 hearing until such a time Defendant's Motion to Suppress Evidence in Support of Plaintiff's Motion for Summary Judgment, and the Plaintiff's Motion for Summary Judgment, is fully briefed.

Respectfully submitted this 6th day of August, 2008.

_____
Peymon Mottahedeh
9582 Buttemere Rd.
Phelan, California 92371

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this date served a copy of:

1. DEFENDANTS MOTION FOR A CONTINUANCE OF A HEARING; and,

2. CERTIFICATE OF SERVICE;

to Thomas D, Coker, Assistant United States Attorney, Tax Division, Room 7211, Federal Building, 300 North Los Angeles Street, Los Angeles, California, 90012, by first class U.S. Mail, with sufficient postage affixed, this 6th day of August, 2008,

*[signature]*

Peymon Mottahedeh
9582 Buttemere Rd.
Phelan, California 92371