```
 1  THOMAS P. O'BRIEN
    United States Attorney
 2  SANDRA R. BROWN
    Assistant United States Attorney
 3  Chief, Tax Division
    THOMAS D. COKER [SBN 136820]
 4  Assistant United States Attorney
       Room 7211, Federal Building
 5     300 North Los Angeles Street
       Los Angeles, CA  90012
 6     Telephone:  (213) 894-2454
       Facsimile:  (213) 894-0115
 7
    Attorneys for the United States of America
 8
```

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | Case No. CV 08-02740-PA(CWx) |
| Plaintiff,                     ) | <u>UNITED STATES OF AMERICA'S</u> |
|                                ) | <u>NOTICE OF NON-RECEIPT OF</u> |
| vs.                            ) | <u>OPPOSITION TO MOTION FOR</u> |
|                                ) | <u>SUMMARY JUDGMENT; DECLARATION</u> |
| PEYMON MOTTAHEDEH,             ) | |
|                                ) | Date: September 15, 2008 |
| Defendant.                     ) | Time: 1:30 p.m. |
|                                ) | Ctrm: 15 |
|                                ) | |
| _____) | HONORABLE PERCY ANDERSON |

On July 25, 2008, the United States filed its motion for summary judgment with a hearing date set for August 25, 2008. In response to the motion, the defendant filed a motion to continue the hearing date and a motion to suppress evidence. The United States opposed both motions. By order entered August 22, 2008, the Court denied the defendant's motion to suppress. The Court continued the hearing date on the government's motion for summary judgment from August 25,

2008, to September 15, 2008.

By its order entered August 22, 2008, the Court ordered that defendant's opposition to the motion for summary judgment "shall be filed and served no later than September 2, 2008." The order further provided that the government's reply, if any, "shall be filed and served no later than September 8, 2008."

As of September 5, 2008, the United States has not received from the defendant any opposition to the motion for summary judgment. Further, counsel for the United States has checked pacer and found no opposition to such motion filed.

The failure to file any required paper, or the failure to file it within the deadline set by the Court, should be deemed consent to the granting of the motion. For the reasons set forth in the motion, the government's motion for summary judgement should be granted decreeing that the defendant is liable to the United States for unpaid taxes in accordance with the evidence offered in support of the motion.

THOMAS P. O'BRIEN  
United States Attorney  
SANDRA R. BROWN  
Assistant United States Attorney  
Chief, Tax Division  

DATED: September 5, 2008        _____  
THOMAS D. COKER  
Assistant United States Attorney

DECLARATION OF THOMAS D. COKER

I, Thomas D. Coker, declare and state as follows:

1. I am an Assistant United States Attorney for the Central District of California (Tax Division), and have been assigned to prosecute this action for the United States of America.

2. As of September 5, 2008, I have not received from the defendant any opposition to the government's motion for summary judgment. In addition, on September 5, 2008, I reviewed the Court's docket for this case on Pacer. The last entry listed on the docket sheet is the Court's August 22, 2008, minute order.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: September 5, 2008        _____
                                THOMAS D. COKER
                                Assistant United States

**PROOF OF SERVICE BY CERTIFIED MAILING**

I am over the age of 18 and not a party to the within action. I am employed by the Office of United States Attorney, Central District of California. My business address is 300 North Los Angeles Street, Suite 7211, Los Angeles, California 90012.

On September 5, 2008, I served, **United States of America's Notice of Non-Receipt of Opposition to Motion for Summary Judgment; Declaration,** on the person or entity named below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices. I am readily familiar with the practice of this office for collection and processing correspondence for first class mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

Date of mailing:September 5, 2008, Place of mailing: Los Angeles, California.

Person(s) and/or Entity(s) to Whom mailed:

**Peymon Mottahedeh
9582 Buttemere Rd.
Phelan, CA 92371**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on: September 5, 2008, at Los Angeles, California.

/s/
_____
AMANDA F. CARRILLO