THOMAS P. O'BRIEN
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
THOMAS D. COKER [SBN 136820]
Assistant United States Attorney
   Room 7211, Federal Building
   300 North Los Angeles Street
   Los Angeles, CA 90012
   Telephone: (213) 894-2454
   Facsimile: (213) 894-0115

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CV 08-02740-PA(CWx) |
| Plaintiff, | OPPOSITION TO DEFENDANT'S *EX PARTE* MOTION TO DEEM HIS LATE FILED BRIEF AS TIMELY |
| vs. | |
| PEYMON MOTTAHEDEH, | HONORABLE PERCY ANDERSON |
| Defendant. | |

On July 25, 2008, the United States filed its motion for summary judgment with a hearing date set for August 25, 2008. In response to the motion, the defendant filed a motion to continue the hearing date and a motion to suppress evidence. The United States opposed both motions. By order entered August 22, 2008, the Court denied the defendant's motion to suppress, continued the hearing date on the government's motion for summary judgment from August 25,

2008, to September 15, 2008, and ordered that defendant's opposition to the motion for summary judgment "shall be filed and served no later than September 2, 2008." The order further provided that the government's reply, if any, "shall be filed and served no later than September 8, 2008."

On September 5, 2008, the United States filed a notice of non-receipt of any opposition to the motion for summary judgment. On Monday, September 8, 2008, in the afternoon, the United States received the following documents served by regular mail on September 6, 2008: (1) an ex parte Motion to deem defendant's opposition timely; (2) defendant's affidavit in support of his ex parte application; (3) notice of ex parte application; (4) defendant's brief in opposition to the motion for summary judgment; and (5) request to appear telephonic at the summary judgment hearing.

The United States hereby opposes the ex parte application.

I. Defendant Failed to Comply With Local Rules

The Court's order entered August 22, 2008, states in relevant part: "Pursuant to Local Rule 7-19.1, a party filing an ex parte application must give the opposing party advance notice of the application, and must inform the Court if the opposing party opposes it. Defendant did not do so here, While the Court has considered Defendant's motion, Defendant is cautioned that further violations of the Local Rules or the Court's order may result in the imposition of sanctions." (Order, Docket # 16, fn. 1).

Despite the Local Rules and the Court's admonishment,

Defendant still violated both the Local Rules and the Court's Order.  First, Defendant failed to contact counsel for the United States to give advance notice of the ex parte filing.  Second, the ex parte filing does not advise the Court whether opposing counsel opposes such motion.  Third, by this ex parte application Defendant completely ignored the Court's cautioned to the Defendant to follow the rules.  Accordingly, the ex parte motion should be denied.

## II. No Valid Reason is Offer for the Late Filing of the Opposition.

Defendant attempts to hide behind the excuse that he is not "a seasoned attorney."  This is hardly an excuse for not complying with the Court's order.  Further, while waving such excuse before the Court in this proceeding, else where the Defendant holds himself out as experienced in legally contests against the government.  Indeed, on his website Defendant holds himself out to the public as president of "Freedom Law School."  See, www.livefreenow.org (About Us, President's Message). Attached as Exhibit A is a copy of the Defendant's "Message," which purports to offer legal training.

In view of the representations made to the public on his website, it is clear that Defendant's excuse that he is pro se is designed to play games with and manipulate the Court.  Defendant's ex parte application should be denied, and he should be sanctioned.

III. <u>Although Pro Se, Defendant is Required to Follow the Rules</u>.

Defendant's failure file a timely opposition to the motion for summary judgment should not be excused because "[a]lthough pro se, he is expected to abide by the rules of the court in which he litigates. <u>Carter v. Commissioner of Internal Revenue</u>, 784 F.2d 1006, 1008 (9th Cir. 1986); <u>United States v. Merrill</u>, 746 F.2d 458, 465 (9th Cir. 1984 ("A pro se defendant is subject to the same rules of procedure and evidence as defendants who are represented by counsel.").

Accordingly, Defendant's excuse that he is pro se is without merit and his ex parte application should not be granted.

```
                              THOMAS P. O'BRIEN
                              United States Attorney
                              SANDRA R. BROWN
                              Assistant United States Attorney
                              Chief, Tax Division
DATED: September 8, 2008      /s/ Thomas D. Coker
                              THOMAS D. COKER
                              Assistant United States Attorney
```



- Home
- Weekly Conference Call
- Weekly Radio Program
- Online Video: IRS Agent Exposes IRS Fraud!
- Online Video: Illegality of the Income Tax Exposed!
- Online Video: Freedom Opportunity Plan

### Login Form

Username

Password

☐ Remember me
Login
Lost Password?

Home
### Latest News

- Freedom Law School Beats the IRS in 2003
- FLS' Students Beat the IRS
- Missed our 2008 Justice, Peace, and Freedom Conference? Wa recorded event online!

### Popular

- $300,000 Reward
- Royal Freedom Package
- Freedom Catalog
- How to Beat an IRS Summons!
- Progression and how to respond to IRS letters!

President's Message

Dear Freedom Seeker,

Every day, more people come to realize that our freedom has been gradually stripped away by the government. Too often, true justice appears to be an illusion. Governments at the local, state, and federal levels have grown too large, insensitive, arrogant, intrusive and abusive to citizens. A variety of the three-letter government agencies are synonymous with fear and abuse, such as FBI, ATF, FDA, NSA, but the IRS remains the most feared government agency in America.



Peymon Mottahe
President of Free
Law School

Freedom Law School is an educational organization that offers courses & assistance to help free Americans oppressive taxation and the government's tyrannical control. Our edu products include information we all should have been taught in high but were not.

Often, it may seem hopeless to even think about resisting this preval tyranny. Many claim, "You can't beat City Hall." Nothing could be f from the truth. We have many examples from our students having ha success by learning and properly applying the law.

Most citizens rely on inept, poorly trained lawyers whose number on concern is rarely in the client's best interest. Law schools and lawyer totally neglecting the needs of the average American Law schools ar teaching the needs of the common man. Their curriculum is more ge towards serving the needs of businesses, corporations and/or wealthy individuals.

**Freedom Law School has developed our basic and advanced cou well as our very popular freedom package. We offer education, assistance and representation to the average American. Our <u>Lev Course</u> is the foundation of your education in law, your rights an proper legal procedures. The <u>ROYAL</u> and <u>SIMPLE</u> Freedom P: are carefully designed to provide the education, preparation, ass and representation you need at a price anyone can afford. Consi the savings that the <u>ROYAL</u> and <u>SIMPLE</u> Freedom Packages ca you and your family, and these packages are very reasonably pri**

Our <u>freedom catalog</u> contains some very eye-opening and compellin articles and facts. I invite you to keep an open mind and read this ent <u>freedom catalog</u> and begin your education today. As you educate you you will realize the deception and fraud that is being perpetrated by t and numerous other big government agencies.

**Freedom Law School recommends that you always verify everyt say and everything anyone else says regarding the law, your righ proper legal procedures, government and any other opinions.**

I hope that you will join hands with us as we continue to spread the t educate the American people about what is taking place in our great Together, we can make a difference if we are educated, organized an as a cohesive group of peaceful and outspoken citizens.

You **can** begin to Live Free now!

Our pleasure is in service to our fellow man. We welcome your com and suggestions.

*Yours in truth, freedom and justice for all!!*

Peymon Mottahedeh
President and Founder
Freedom Law School

Last Updated ( Tuesday, 29 July 2008 )



enter email address

## **PROOF OF SERVICE BY CERTIFIED MAILING**

I am over the age of 18 and not a party to the within action. I am employed by the Office of United States Attorney, Central District of California. My business address is 300 North Los Angeles Street, Suite 7211, Los Angeles, California 90012.

On September 8, 2008, I served, **Opposition to Defendant's Ex Parte Motion,** on the person or entity named below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices. I am readily familiar with the practice of this office for collection and processing correspondence for first class mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

Date of mailing: September 8, 2008, Place of mailing: Los Angeles, California.

Person(s) and/or Entity(s) to Whom mailed:

**Peymon Mottahedeh**
**9582 Buttemere Rd.**
**Phelan, CA 92371**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on: September 8, 2008, at Los Angeles, California.

/s/
_____
AMANDA F. CARRILLO