UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
SEP - 8 2008
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CV-02740 PA |
| Plaintiff, | |
| v. | **Affidavit of Peymon Mottahedeh in Support of Ex Parte Motion for Shortening Time – re: Brief in Opposition to Motion For Summary Judgment Reducing Tax Assessments to Judgment** |
| PEYMON MOTTAHEDEH, | |
| Defendant. | |
| | Judge Percy Anderson presiding |

I, Peymon Mottahedeh, do hereby state as follows:

1. I am the Defendant in the above captioned action. I am a citizen of California.

2. I am not a lawyer or attorney, and not a member of any bar association.

3. I an not substantially acquainted with complicated IRS documents, such as IRS Forms 4340. I have to seek the assistance of other persons who also are not attorneys, in these proceedings.

4. From Saturday, August 30, 2008, through late in the evening of September 3, 2008, I was in Minnesota on a previous engagement, involving prepaid airline tickets.

5. It is my intention to timely file all required documents in this case.

Page 1 of 2

Dated this 4 day of September, 2008.

_____
Peymon Mottahedeh