THOMAS P. O'BRIEN
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
THOMAS D. COKER [SBN 136820]
Assistant United States Attorney
  Room 7211, Federal Building
  300 North Los Angeles Street
  Los Angeles, CA  90012
  Telephone:  (213) 894-2454
  Facsimile:  (213) 894-0115

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CV 08-02740-PA(CWx) |
| Plaintiff, | NOTICE OF FILING AND FILING OF EXHIBITS A THROUGH D IN REDACTED FORM IN SUPPORT OF PLAINTIFF'S MOTION SUMMARY JUDGMENT REDUCING TAX ASSESS-MENTS AGAINST DEFENDANT TO JUDGMENT |
| vs. | |
| PEYMON MOTTAHEDEH, | |
| Defendant. | |
| | [Local Rule 79-5.4] |
| | Date: September 15, 2008 |
| | Time: 1:30 p.m. |
| | Ctrm: 15 |
| | HONORABLE PERCY ANDERSON |

PLEASE TAKE NOTICE that the United States hereby re-files Exhibits A, B, C and D in support of its motion for summary judgment to reduce tax assessments against the defendant to judgment.  (Exhibits A, B, C and D are attached hereto).  Where applicable, certain personal identifiers have been redacted from the attached re-filed exhibits pursuant to Local Rule 79-5.4.  Pursuant to the local rule,

1   the original and unredacted documents are maintained in the

2   office of counsel for the plaintiff pending further order of

3   the Court or resolution of the action.

4                             Respectfully submitted,

5                             THOMAS P. O'BRIEN
                            United States Attorney

6                             SANDRA R. BROWN
                            Assistant United States Attorney

7                             Chief, Tax Division

8

9   DATED: September 10, 2008

10                             THOMAS D. COKER
                            Assistant United States Attorney

11                             Attorneys for the United States
                            of America

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28



# United States of America

### Department of the Treasury
### Internal Revenue Service

Date: April 22, 2008

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:  is a true Form 4340, Certificate of Assessments, Payments, and Other Specified Matters for Peyman Mottahedeh, Social Security Number: ███-3075, covering United States Individual Income Tax for the period ending December 31, 1992

under the custody of this office.

IN WITNESS WHEREOF,  I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

L. Marott
Chief, Accounting Operations

EXHIBIT A

Catalog Number 19002E

Form 2866 (Rev. 09-1997)

CERTIFICATE OF ASSESSMEN   PAYMENTS, AND OTHER SPECIFIED MATTE
----------------------------------------------------------------

PEYMAN MOTTAHEDEH                    EIN/SSN: ▅▅▅ -3075


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040     TAX PERIOD: DEC  1992

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|---------------------------|------|------|------|
| | ADJUSTED GROSS INCOME 29,740.00 | | | |
| | TAXABLE INCOME 23,840.00 | | | |
| | SELF EMPLOYMENT TAX 3,608.00 | | | |
| 04-19-1993 | SUBSTITUTE FOR RETURN 89210-268-00888-3 | | 0.00 | 10-25-1993 |
| 06-13-1994 | CLAIM DISALLOWED 89254-531-98071-4 | | | |
| | ADDITIONAL TAX ASSESSED BY EXAMINATION EXAM/COLLECTIONS 90 DAY LETTER UNAGREED, CLOSED TO APPEALS 89247-577-10003-6  19962708 | | 0.00 | 07-15-1996 |
| 07-12-1996 | LEGAL SUIT PENDING | | | |
| 04-24-1998 | LEGAL SUIT PENDING | | | |
| 05-11-1998 | ASSESSMENT STATUTE EXPIR DATE EXTEND TO 06-04-1998 | | | |
| | ESTIMATED TAX PENALTY 19982108 | 320.00 | | 06-08-1998 |
| | LATE FILING PENALTY 19982108 | 1,838.00 | | 06-08-1998 |
| 04-15-1993 | WITHHOLDING CREDIT | | 139.00 | |
| | ADDITIONAL TAX ASSESSED BY EXAMINATION AGREED AUDIT DEFICIENCY PRIOR TO 30 OR 60 DAY LETTER 89247-540-79001-8  19982108 | 7,491.00 | | 06-08-1998 |

FORM 4340  (REV. 01-2002)              PAGE    1

9

CERTIFICATE OF ASSESSMEN, PAYMENTS, AND OTHER SPECIFIED MATTE

------------------------------------------------------------

PEYMAN MOTTAHEDEH                    EIN/SSN: ██████-3075


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040     TAX PERIOD: DEC 1992


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| 06-08-1998 | RENUMBERED RETURN 89247-540-79001-8 | | | |
| 05-18-1998 | LEGAL/BANKRUPTCY SUIT NO LONGER PENDING | | | |
| | INTEREST ASSESSED 19982108 | 5,003.90 | | 06-08-1998 |
| 09-17-1999 | FEDERAL TAX LIEN | | | |
| 10-11-1999 | FEES AND COLLECTION COSTS | | 12.00 | |
| 08-21-2000 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| 07-28-2003 | MODULE REVERSED OUT OF FEDERAL PAYMENT LEVY PROGRAM | | | |
| 09-01-2003 | MODULE BLOCKED OR RELEASED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 02-13-2004 | FEDERAL TAX LIEN | | | |
| 03-08-2004 | FEES AND COLLECTION COSTS | | 16.00 | |

FORM 4340  (REV. 01-2002)           PAGE    2

CERTIFICATE OF ASSESSMEN,  PAYMENTS, AND OTHER SPECIFIED MATTL

-------------------------------------------------------------------

PEYMAN MOTTAHEDEH                    EIN/SSN: ▓▓▓▓-3075

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040     TAX PERIOD: DEC  1992

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|---------------------------|-------------------------------------|----------------------------|----------------------------------|
| 06-28-2004 | REVERSAL OF MODULE BLOCKED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 07-05-2004 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| | FAILURE TO PAY TAX PENALTY 20054308 | | 1,838.00 | 11-07-2005 |
| 08-21-2007 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | | | |
| 08-27-2007 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE RETURN RECEIPT SIGNED | | | |
| 08-27-2007 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE RETURN RECEIPT SIGNED | | | |
| 11-19-2007 | MODULE REVERSED OUT OF FEDERAL PAYMENT LEVY PROGRAM | | | |
| 12-31-2007 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |

FORM 4340  (REV. 01-2002)                    PAGE    3

CERTIFICATE OF ASSESSMEN , PAYMENTS, AND OTHER SPECIFIED MATT.
-----------------------------------------------------------------

PEYMAN MOTTAHEDEH                    EIN/SSN: ████-3075


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040     TAX PERIOD: DEC  1992


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|---------------------------------|
| 03-10-2008 | MODULE REVERSED OUT OF FEDERAL PAYMENT LEVY PROGRAM | | | |
| 02-29-2008 | FEDERAL TAX LIEN | | | |
| 03-24-2008 | FEES AND COLLECTION COSTS | | 22.00 | |
| 06-08-1998 | Statutory Notice of Balance Due | | | |
| 06-29-1998 | Statutory Notice of Intent to Levy | | | |
| 07-14-2003 | Statutory Notice of Intent to Levy | | | |
| 11-06-2006 | Statutory Notice of Balance Due | | | |
| 11-05-2007 | Statutory Notice of Balance Due | | | |


FORM 4340  (REV. 01-2002)            PAGE    4

12

CERTIFICATE OF ASSESSMEN   PAYMENTS, AND OTHER SPECIFIED MATT
-------------------------------------------------------------------------

PEYMAN MOTTAHEDEH                    EIN/SSN:  ███████-3075


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1992
-------------------------------------------------------------------------


BALANCE      16,401.90


-------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

-------------------------------------------------------------------------

SIGNATURE OF CERTIFYING OFFICER:_____

PRINT NAME:_____L. Marott_____

TITLE:_____Chief, Accounting Operations_____

DELEGATION ORDER:_____WI-11-5_____


LOCATION: INTERNAL REVENUE SERVICE


          ACCOUNT STATUS DATE 04/22/2008

FORM 4340  (REV. 01-2002)                    PAGE     5


13



# United States of America

### Department of the Treasury
### Internal Revenue Service

——————

Date: April 22, 2008

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:  is a true Form 4340, Certificate of Assessments, Payments, and Other Specified Matters for Peymon Mottahedeh, Social Security Number: ▮▮▮▮3075, covering United States Individual Income Tax for the period ending December 31, 1993 ——————

under the custody of this office.

IN WITNESS WHEREOF,  I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

L. Marott
Chief, Accounting Operations

EXHIBIT B

Catalog Number 19002E

Form **2866** (Rev. 09-1997)

CERTIFICATE OF ASSESSMEN   PAYMENTS, AND OTHER SPECIFIED MATT.

PEYMON MOTTAHEDEH                    EIN/SSN: ▮▮▮-3075


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC 1993

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|---------------------------|------------------------------------|---------------------------|----------------------------------|
|  | ADJUSTED GROSS INCOME 29,424.00 |  |  |  |
|  | TAXABLE INCOME 23,374.00 |  |  |  |
|  | SELF EMPLOYMENT TAX 4,474.00 |  |  |  |
| 10-05-1995 | SUBSTITUTE FOR RETURN 89210-287-27629-5 |  | 0.00 | 11-13-1995 |
|  | ADDITIONAL TAX ASSESSED BY EXAMINATION EXAM/COLLECTIONS 90 DAY LETTER UNAGREED, CLOSED TO APPEALS 89247-577-10004-6  19962708 |  | 0.00 | 07-15-1996 |
| 07-12-1996 | LEGAL SUIT PENDING |  |  |  |
| 02-04-1998 | ASSESSMENT STATUTE EXPIR DATE EXTEND TO 06-04-1998 |  |  |  |
| 04-24-1998 | LEGAL SUIT PENDING |  |  |  |
|  | ESTIMATED TAX PENALTY 19982108 | 342.00 |  | 06-08-1998 |
|  | LATE FILING PENALTY 19982108 | 2,037.00 |  | 06-08-1998 |
|  | ADDITIONAL TAX ASSESSED BY EXAMINATION AGREED AUDIT DEFICIENCY PRIOR TO 30 OR 60 DAY LETTER 89247-540-70004-8  19982108 | 8,146.00 |  | 06-08-1998 |
| 06-08-1998 | RENUMBERED RETURN 89247-540-70004-8 |  |  |  |
| 05-18-1998 | LEGAL/BANKRUPTCY SUIT NO LONGER PENDING |  |  |  |

FORM 4340  (REV. 01-2002)              PAGE    1

15

CERTIFICATE OF ASSESSMENT, PAYMENTS, AND OTHER SPECIFIED MATTE.

-----------------------------------------------------------------------

PEYMON MOTTAHEDEN               EIN/SSN: ▮▮▮▮▮-3075

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC 1993

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| | INTEREST ASSESSED 19982108 | | 4,481.40 | 06-08-1998 |
| 09-17-1999 | FEDERAL TAX LIEN | | | |
| 08-21-2000 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| 07-28-2003 | MODULE REVERSED OUT OF FEDERAL PAYMENT LEVY PROGRAM | | | |
| 09-01-2003 | MODULE BLOCKED OR RELEASED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 02-13-2004 | FEDERAL TAX LIEN | | | |
| 06-28-2004 | REVERSAL OF MODULE BLOCKED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 07-05-2004 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| | FAILURE TO PAY TAX PENALTY 20054308 | | 2,036.50 | 11-07-2005 |

FORM 4340  (REV. 01-2002)              PAGE    2

16

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------

PEYMON MOTTAHEDEH                    EIN/SSN: ██████-3075


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC 1993


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|----------------------------------|
| 08-21-2007 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | | | |
| 08-27-2007 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE RETURN RECEIPT SIGNED | | | |
| 08-27-2007 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE RETURN RECEIPT SIGNED | | | |
| 11-19-2007 | MODULE REVERSED OUT OF FEDERAL PAYMENT LEVY PROGRAM | | | |
| 12-31-2007 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| 03-10-2008 | MODULE REVERSED OUT OF FEDERAL PAYMENT LEVY PROGRAM | | | |
| 02-29-2008 | FEDERAL TAX LIEN | | | |
| 06-08-1998 | Statutory Notice of Balance Due | | | |
| 06-29-1998 | Statutory Notice of Intent to Levy | | | |
| 07-14-2003 | Statutory Notice of Intent to Levy | | | |

FORM 4340 (REV. 01-2002)              PAGE    3

```
           CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------------------------------------------

PEYMON MOTTAHEDEH                        EIN/SSN:     ████-3075


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1993


                                      ASSESSMENT,    PAYMENT,     ASSESSMENT
DATE       EXPLANATION OF TRANSACTION OTHER DEBITS   CREDIT .    DATE (23C,
                                      (REVERSAL)     (REVERSAL)   RAC 006 )
-----------------------------------------------------------------------------
11-06-2006 Statutory Notice of Balance Due

11-05-2007 Statutory Notice of Balance Due

FORM 4340  (REV. 01-2002)                 PAGE    4
```

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------

PEYMON MOTTAHEDEH              EIN/SSN:  ███████3075


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040     TAX PERIOD: DEC 1993
--------------------------------------------------------------


BALANCE       17,042.90


--------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

--------------------------------------------------------------

SIGNATURE OF CERTIFYING OFFICER:_____

PRINT NAME:_____ L. Marott_____

TITLE:_____Chief, Accounting Operations_____

DELEGATION ORDER:_____WI-11-5_____


LOCATION: INTERNAL REVENUE SERVICE


          ACCOUNT STATUS DATE 04/22/2008

FORM 4340  (REV. 01-2002)            PAGE    5



# United States of America

**Department of the Treasury
Internal Revenue Service**

Date: April 22, 2008

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:   Is a true Form 4340, Certificate of Assessments, Payments, and Other Specified Matters for Peyman Mottahedeh, Social Security Number; ████-3075, covering United States Individual Income Tax for the period ending December 31, 1994

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

L. Marott
Chief, Accounting Operations

EXHIBIT C

Catalog Number 19002E

Form **2866** (Rev. 09-1997)

20

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------

PEYMAN MOTTAHEDEH                    EIN/SSN: ████ 3075


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040     TAX PERIOD: DEC 1994

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|----------------------------------|
| | ADJUSTED GROSS INCOME 27,268.00 | | | |
| | TAXABLE INCOME 21,018.00 | | | |
| | SELF EMPLOYMENT TAX 4,146.00 | | | |
| 10-05-1995 | SUBSTITUTE FOR RETURN 89210-287-27630-5 | | 0.00 | 11-13-1995 |
| | ADDITIONAL TAX ASSESSED BY EXAMINATION EXAM/COLLECTIONS 90 DAY LETTER UNAGREED, CLOSED TO APPEALS 89247-577-10005-6  19962708 | | 0.00 | 07-15-1996 |
| 07-12-1996 | LEGAL SUIT PENDING | | | |
| 02-04-1998 | ASSESSMENT STATUTE EXPIR DATE EXTEND TO 06-04-1998 | | | |
| 04-24-1998 | LEGAL SUIT PENDING | | | |
| | ESTIMATED TAX PENALTY 19982108 | 374.00 | | 06-08-1998 |
| | LATE FILING PENALTY 19982108 | 1,825.00 | | 06-08-1998 |
| | ADDITIONAL TAX ASSESSED BY EXAMINATION AGREED AUDIT DEFICIENCY PRIOR TO 30 OR 60 DAY LETTER 89247-540-70005-8  19982108 | 7,300.00 | | 06-08-1998 |
| 06-08-1998 | RENUMBERED RETURN 89247-540-70005-8 | | | |
| 05-18-1998 | LEGAL/BANKRUPTCY SUIT NO LONGER PENDING | | | |

FORM 4340  (REV. 01-2002)              PAGE    1

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------------

PEYMAN MOTTAHEDEH                   EIN/SSN: ███-██-3075


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1994

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| | INTEREST ASSESSED 19982108 | | 2,960.47 | 06-08-1998 |
| 09-17-1999 | FEDERAL TAX LIEN | | | |
| 08-21-2000 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| 07-28-2003 | MODULE REVERSED OUT OF FEDERAL PAYMENT LEVY PROGRAM | | | |
| 09-01-2003 | MODULE BLOCKED OR RELEASED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 02-13-2004 | FEDERAL TAX LIEN | | | |
| 06-28-2004 | REVERSAL OF MODULE BLOCKED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 07-05-2004 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| | FAILURE TO PAY TAX PENALTY 20054308 | | 1,825.00 | 11-07-2005 |

FORM 4340  (REV. 01-2002)              PAGE    2

CERTIFICATE OF ASSESSMENT, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------

PEYMAN MOTTAHEDEH                    EIN/SSN:  ███████ 3075


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1994


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|--------------------------------|
| 08-21-2007 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | | | |
| 08-27-2007 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE RETURN RECEIPT SIGNED | | | |
| 08-27-2007 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE RETURN RECEIPT SIGNED | | | |
| 11-19-2007 | MODULE REVERSED OUT OF FEDERAL PAYMENT LEVY PROGRAM | | | |
| 12-31-2007 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| 03-10-2008 | MODULE REVERSED OUT OF FEDERAL PAYMENT LEVY PROGRAM | | | |
| 02-29-2008 | FEDERAL TAX LIEN | | | |
| 06-08-1998 | Statutory Notice of Balance Due | | | |
| 06-29-1998 | Statutory Notice of Intent to Levy | | | |
| 07-14-2003 | Statutory Notice of Intent to Levy | | | |

FORM 4340  (REV. 01-2002)              PAGE    3

23

CERTIFICATE OF ASSESSMEN. , PAYMENTS, AND OTHER SPECIFIED MATTE. .
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

PEYMAN MOTTAHEDEH                    EIN/SSN: ███-3075


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040       TAX PERIOD: DEC  1994


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|---------------------------|-------------------------------------|----------------------------|----------------------------------|

11-06-2006 Statutory Notice of Balance Due

11-05-2007 Statutory Notice of Balance Due


FORM 4340  (REV. 01-2002)              PAGE    4

24

CERTIFICATE OF ASSESSMEN..., PAYMENTS, AND OTHER SPECIFIED MATT...

---

PEYMAN MOTTAHEDEH                    EIN/SSN:  ▮▮▮▮-3075

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC 1994

---

BALANCE      14,284.47

---

I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

---

SIGNATURE OF CERTIFYING OFFICER:_____

PRINT NAME:_____L. Marott_____

TITLE:_____Chief, Accounting Operations_____

DELEGATION ORDER:_____WI-11-5_____

LOCATION: INTERNAL REVENUE SERVICE

        ACCOUNT STATUS DATE 04/22/2008

FORM 4340  (REV. 01-2002)              PAGE    5

25



# United States    of America

## Department of the Treasury
## Internal Revenue Service

Date: April 24, 2008

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed: is a true Liability Statement, for Peymon Mottahedeh, Social Security

Number ████-3075, covering United States Individual Income Tax for the periods ending

December 31, 1992, December 31, 1993, and December 31, 1994

under the custody of this office.



IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

*T. Dinh*

Tanya Dinh, Acting Manager, Advisory Group 4



EXHIBIT D

Catalog Number 19002E

Form 2866 (Rev. 09-1997)

*u*

# LIABILITY STATEMENT

Name of
Taxpayer:   Peymon
Mottahedeh ▓▓▓ 3075

| TAX AND PERIOD | TOTAL ASSESSMENT | TOTAL CREDITS - | ASSESSED BALANCE | ACCRUED INTEREST | ACCRUED F.T.P PENALTY | TOTAL |
|---|---|---|---|---|---|---|
| 1040  199212 | $16,540.90 | $139.00 | $16,401.90 | $14,613.12 | $0.00 | $31,015.02 |
| 1040  199312 | $17,042.90 | $0.00 | $17,042.90 | $15,122.63 | $0.00 | $32,165.53 |
| 1040  199412 | $14,284.47 | $0.00 | $14,284.47 | $12,584.55 | $0.00 | $26,869.02 |

GRAND TOTAL:-   $90,049.57

INTEREST FIGURED THROUGH  05/31/2008 COMPOUNDED DAILY.

U.S. TREASURY DEPARTMENT-INTERNAL REVENUE SERVICE

Lien Fees are included in the calculations.

## PROOF OF SERVICE BY CERTIFIED MAILING

I am over the age of 18 and not a party to the within action. I am employed by the Office of United States Attorney, Central District of California.  My business address is 300 North Los Angeles Street, Suite 7211, Los Angeles, California 90012.

On September 10, 2008, I served, Notice of filing and filing of Exhibits A-D, on the person or entity named below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices.  I am readily familiar with the practice of this office for collection and processing correspondence for first class mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

Date of mailing:September 10, 2008,  Place of mailing: Los Angeles, California.

Person(s) and/or Entity(s) to Whom mailed:

**Peymon Mottahedeh**
**9582 Buttemere Rd.**
**Phelan, CA 92371**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on: September 10, 2008, at Los Angeles, California.

/s/
_____
AMANDA F. CARRILLO