**P- SEND**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08–2740 PA (CWx) | Date | September 10, 2008 |
|---|---|---|---|
| Title | United States of America v. Peymon Mottahedeh | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Karen Park | Not Reported | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** IN CHAMBERS – COURT ORDER

Before the Court is the government's motion for summary judgment. Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, the Court finds that this matter is appropriate for decision without oral argument. The hearing calendared for September 15, 2008, is vacated, and the matter taken off calendar. The Clerk will notify the parties once the Court has issued a decision.

IT IS SO ORDERED.

Initials of Preparer