JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CV 08–2740 PA (CWx) |
| Plaintiff, | JUDGMENT |
| v. | |
| PEYMON MOTTAHEDEH, | |
| Defendants. | |

In accordance with the Court's September 15, 2008 Minute Order granting summary judgment in favor of plaintiff the United States of America on its claim to reduce federal tax assessments to judgment,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Defendant Peymon Mottahedeh is personally liable and indebted to the United States of America for unpaid assessed federal income taxes, interest, penalties, plus accrued interest and penalties from the respective dates of assessment for the years 1992, 1993, and 1994, in the total amount of $90,049.57 as of May 31, 2008, plus interest and penalties accruing after May 31, 2008, as permitted by law, until such obligation is paid.

IT IS SO ORDERED.

DATED: September 15, 2008

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE