# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

FILED
11 SEP 13 AM 10: 26
CLERK U.S. DIST. OF CALIF.
LOS ANGELES
BY:_____

## NOTICE OF DEFICIENCY WRITS OF EXECUTION AND ABSTRACT OF JUDGMENTS

Reference document(s) submitted on 9-13-11 for case number 08CV2740 PA CWx.

The document(s) submitted to the clerk's office for filing does not comply with the Federal Rules of Civil Procedure and is deficient for the reason(s) checked below. The document(s) is being returned to you for correction. Please return this form with the corrected document(s) when returned to the clerk's office for filing.

☐ Writ/Abstract must contain the names and addresses of judgment debtors.

☐ Entered date of Writ/Abstract is incorrect (refer to docket).

☐ Judgment amount and date entered do not coincide with amount and date of abstract.

☐ If there are no amounts for Principal, Interest, Costs and/or Attorney Fees, please enter -0- on each line.

☐ Original writ of execution must be returned by United States Marshal prior to issuance of an alias writ.

☐ Abstract does not indicate "jointly and severally" where appropriate (refer to judgment).

☑ Please leave attested date blank.

☐ Please indicate judgment debtor's driver's license and social security number or place an "X" in the unknown box.

☐ Other:

PLEASE ATTACH THIS PLEADING DEFICIENCY FORM TO YOUR DOCUMENT(S) WHEN THE CORRECTIONS ARE SUBMITTED.

CLERK OF COURT,

By: J.Prado                                                         Date: 9-13-11
    Deputy Clerk